(88 South. 64)

## PRICE v. STATE. (3 Div. 365.)

(Court of Appeals of Alabama. Jan. 18, 1921.)

Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge.

George Price was convicted of manufacturing whisky, and he appeals. Affirmed.

Gipson & Booth, of Prattville, for appellant. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. The only insistence made by the defendant is that the court should have granted him a new trial on the ground that the verdict was contrary to the evidence. There was sufficient evidence to submit the question of guilt to the jury and to sustain the verdict. The court did not err in overruling the motion.

We find no error in the record, and the judgment is affirmed.

Affirmed.